## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TURRELLE GIVENS**                                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 1:16-CV-127-KGB-BD**

**DAVID FOSTER, et al.**                                                                        **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I**.      **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge
Kristine G. Baker.  You may file written objections to this Recommendation.  If you file
objections, they must be specific and must include the factual or legal basis for your
objection.  Your objections must be received in the office of the United States District
Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without
independently reviewing the record.  By not objecting, you may also waive any right to
appeal questions of fact.

**II.**     **Discussion**

Jeffery Elmore, an Arkansas Department of Correction inmate, filed this lawsuit
on behalf of himself, Turrelle Givens, and others.  (Docket entry #1)  Mr. Givens did not
submit an *in forma pauperis* (IFP) application or pay a filing fee.  On September 19,
2016, the Court ordered him to do one or the other within thirty days.  (#2)  Mr. Givens
later submitted a complete IFP application, which the Court granted.  (#4, #5)

In its September 30 Order, the Court explained that, based on the allegations contained in the complaint submitted by Mr. Elmore, it was unclear whether Mr. Givens could maintain any federal claims.  His allegations all concerned the merits of various grievances issued against him.  (#1-1, pp. 98-145)  The Court offered Mr. Givens an opportunity to amend his complaint within thirty days to explain his federal claims.  The Court specifically cautioned Mr. Givens that his claims could be dismissed, without prejudice, if he failed to amend his complaint.

To date, Mr. Givens has failed to respond to the Court's September 30 Order.  As written, his complaint fails to state federal claims for relief.

## III.   <u>Conclusion</u>

The Court recommends that Mr. Givens's claims be DISMISSED, without prejudice, based on his failure to state a federal claim for relief.

DATED this 2nd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE