IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TURRELLE GIVENS**                                                                                      **PLAINTIFF**

v.                          Case No. 1:16-cv-00127 KGB/BD

**DAVID FOSTER,** *et al.*                                                                            **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge Beth Deere (Dkt. No. 6). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Therefore, plaintiff Turrelle Givens's complaint is dismissed without prejudice for failure to state a claim upon which relief can be granted.

It is so ordered this 16th day of December, 2016.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE