IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TURRELLE GIVENS**                                                                                              **PLAINTIFF**

v.                              Case No. 1:16-cv-00127 KGB/BD

**DAVID FOSTER,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is considered, ordered, and adjudged, that this case be, and it is hereby, dismissed without prejudice for failure to state a claim upon which relief can be granted. The relief sought is denied.

Dated this 16th day of December, 2016.

*[signature]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE